Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−14087−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Sun Kyung Park
  18 Lana Dr
  Parsippany, NJ 07054−3440

Social Security No.:
  xxx−xx−7822

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 08/17/2017 and a confirmation hearing on such Plan has been scheduled for 11/1/2017.

The debtor filed a Modified Plan on 10/17/2017 and a confirmation hearing on the Modified Plan is scheduled for 12/6/2017 at 09:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: October 18, 2017
JAN: dmc

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                         Case No. 17-14087-RG
Sun Kyung Park                                                 Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin             Page 1 of 2         Date Rcvd: Oct 18, 2017
                             Form ID: 186            Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2017.
db              Sun Kyung Park,    18 Lana Dr,    Parsippany, NJ   07054-3440
cr             +ALDRIDGE PITE, LLP,    Attn: Jenelle C. Arnold,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
cr             +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
517064958       American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
516677941       Amex,   Correspondence,    PO Box 981540,    El Paso, TX   79998-1540
516677942      #Bank of America,    NC4-105-03-14,    PO Box 26012,   Greensboro, NC   27420-6012
517089762      +Bank of America, N.A,    P.O. Box 31785,    Tampa, FL 33631-3785
516677943       Citibank/Exxon Mobile,    Citicorp Cr Srvs/Centralized Bankruptcy,    PO Box 790040S,
                 Louis, MO  63129
516700089       Daimler Trust,    c/o BK Servicing, LLC,    PO Box 131265,   Roseville, MN 55113-0011
516677944       Englewood Radiologic,    3155 State Route 10,    Denville, NJ  07834-3492
516677945     ++MERCEDES BENZ FINANCIAL SERVICES,    13650 HERITAGE PARKWAY,    FORT WORTH TX 76177-5323
               (address filed with court: Mercedes-Benz Financial Services,    Mercedes-Benz Financial Services,
                 PO Box 5209,    Carol Stream, IL  60197-5209)
516677946       Midland Funding LLC,    7 Entin Rd,    Parsippany, NJ  07054-5020
516677947       New Jersey Department of Revenue,    50 Barrack St,    Trenton, NJ  08608-2006
517103057     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: STATE OF NEW JERSEY,    DEPARTMENT OF THE TREASURY,
                 DIVISION OF TAXATION,    P.O. BOX 245,    TRENTON, NJ 08695-0245)
516677948       Synchrony Bank,    PO Box 914,    Paramus, NJ  07653-0914
516677949     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit,    PO Box 8026,   Cedar Rapids, IA  52408-8026)
517040866      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516677950       US Bank,    200 Gibraltar Rd Ste 315,    Horsham, PA 19044-2325
516677951       Vally Ntl Bk,    1445 Valley Rd,    Wayne, NJ  07470-8438
516677953     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD  21701-4747)
516677952       Wells Fargo Bank,    MAC-F8235-02F,    PO Box 10438,    Des Moines, IA  50306-0438
517104465       Wells Fargo Bank, N.A.,    Home Equity Group,    1 Home Campus X2303-01A,
                 Des Moines IA 50328-0001
517022085       Wells Fargo Bank, N.A.,    Wells Fargo Bank, N.A.,    Default Document Processing,   N9286-01Y,
                 1000 Blue Gentian Road,    Eagan MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2017 23:04:54     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2017 23:04:48     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                                   Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Oct 18, 2017
                              Form ID: 186             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2017 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Barbara   Edwards    on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, N.A. james.shay@phelanhallinan.com
              John Robert Caffese    on behalf of Debtor Sun Kyung Park ecf@jrcfirm.com,  kevin@jrcfirm.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Matthew  Mugno    on behalf of Debtor Sun Kyung Park matt@jrcfirm.com,   ecf@jrcfirm.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 9
```