UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MARIE-ANN GREENBERG, MAG-1284
MARIE-ANN GREENBERG, STANDING TRUSTEEE
30 TWO BRIDGES RD, SUITE 330
FAIRFIELD, NJ 07004
(973) 227-2840
CH. 13 STANDING TRUSTEE

Order Filed on November 16, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Sun Kyung Park

Case No.:    17-14087

Hearing Date:    11/1/2017

Judge:    Rosemary Gambardella

Chapter:    13

## ORDER RECONVERTING CASE TO CHAPTER 7

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: November 16, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

This matter having been heard for a Confirmation Hearing, and the case having been converted from Ch. 7 to Ch. 13 on 8/2/2017 and the Order having provided that the case shall not be dismissed in the event the debtor is unsuccessful in confirming and completing a plan, but shall be reconverted, it is

ORDERED that this case is reconverted from chapter 13 to chapter 7, and it is further

ORDERED that within 14 days of the date of this Order the debtor shall file:

- amendments to previously filed schedules and statements as necessary,

- all schedules and statements required by 11 U.S.C. § 521(a), if such documents have not already been filed,

- a schedule of all property which was acquired after the commencement of the case, but before the entry of this order,

- a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this order,

- a schedule of unpaid debts incurred after the commencement of the case, but before the entry of this order.

ORDERED that the United States Trustee shall immediately appoint a chapter 7 trustee in this case, and it is further

ORDERED that if the case is converting from chapter 11, the debtor or chapter 11 trustee shall:

- immediately turn over to the chapter 7 trustee, all records and property of the estate in his/her custody or control,

- within 120 days of the date of this order, file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

ORDERED that if the case is converting from chapter 13, the chapter 13 trustee shall:

- within 120 days of the date of this order, file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

ORDERED, that if the case is converting from chapter 13, upon the filing of the trustee's Final Report, the chapter 13 trustee is discharged as trustee of the estate and the bond is cancelled.

*rev. 8/1/15*