**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MARIE-ANN GREENBERG, MAG-1284
MARIE-ANN GREENBERG, STANDING TRUSTEEE
30 TWO BRIDGES RD, SUITE 330
FAIRFIELD, NJ 07004
(973) 227-2840
CH. 13 STANDING TRUSTEE

**Order Filed on November 16, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Sun Kyung Park

Case No.: 17-14087

Hearing Date: 11/1/2017

Judge: Rosemary Gambardella

Chapter: 13

# ORDER RECONVERTING CASE TO CHAPTER 7

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: November 16, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

This matter having been heard for a Confirmation Hearing, and the case having been converted from Ch. 7 to Ch. 13 on 8/2/2017 and the Order having provided that the case shall not be dismissed in the event the debtor is unsuccessful in confirming and completing a plan, but shall be reconverted, it is

ORDERED that this case is reconverted from chapter 13 to chapter 7, and it is further

ORDERED that within 14 days of the date of this Order the debtor shall file:

- amendments to previously filed schedules and statements as necessary,

- all schedules and statements required by 11 U.S.C. § 521(a), if such documents have not already been filed,

- a schedule of all property which was acquired after the commencement of the case, but before the entry of this order,

- a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this order,

- a schedule of unpaid debts incurred after the commencement of the case, but before the entry of this order.

ORDERED that the United States Trustee shall immediately appoint a chapter 7 trustee in this case, and it is further

ORDERED that if the case is converting from chapter 11, the debtor or chapter 11 trustee shall:

- immediately turn over to the chapter 7 trustee, all records and property of the estate in his/her custody or control,

- within 120 days of the date of this order, file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

ORDERED that if the case is converting from chapter 13, the chapter 13 trustee shall:

- within 120 days of the date of this order, file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

ORDERED, that if the case is converting from chapter 13, upon the filing of the trustee's Final Report, the chapter 13 trustee is discharged as trustee of the estate and the bond is cancelled.

*rev. 8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Sun Kyung Park  
    Debtor

Case No. 17-14087-RG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Nov 17, 2017  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2017.  
db        Sun Kyung Park,   18 Lana Dr,   Parsippany, NJ  07054-3440

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2017                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2017 at the address(es) listed below:  
      Andrew L. Spivack   on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
      Barbara Edwards   on behalf of Trustee Barbara Edwards bedwardstrustee@aol.com, NJ48@ecfcbis.com  
      Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      James Patrick Shay   on behalf of Creditor   WELLS FARGO BANK, N.A. james.shay@phelanhallinan.com  
      John Robert Caffese   on behalf of Debtor Sun Kyung Park ecf@jrcfirm.com, kevin@jrcfirm.com  
      Matthew Mugno   on behalf of Debtor Sun Kyung Park matt@jrcfirm.com, ecf@jrcfirm.com  
      Nicholas V. Rogers   on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                  TOTAL: 8