Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−14087−RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Sun Kyung Park
    18 Lana Dr
    Parsippany, NJ 07054−3440

Social Security No.:
    xxx−xx−7822

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:      1/9/18
Time:      10:00 AM
Location:   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
John Robert Caffese, Debtor's Attorney

COMMISSION OR FEES
$5102

EXPENSES
$380.05

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: December 28, 2017
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-14087-RG
Sun Kyung Park                                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Dec 28, 2017
                              Form ID: 137             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 30, 2017.
```
db              Sun Kyung Park,    18 Lana Dr,    Parsippany, NJ 07054-3440
cr             +ALDRIDGE PITE, LLP,    Attn: Jenelle C. Arnold,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
cr             +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
517064958       American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516677941       Amex,    Correspondence,    PO Box 981540,    El Paso, TX 79998-1540
516677942      #Bank of America,    NC4-105-03-14,    PO Box 26012,    Greensboro, NC 27420-6012
517089762      +Bank of America, N.A,    P.O. Box 31785,    Tampa, FL 33631-3785
516677943       Citibank/Exxon Mobile,    Citicorp Cr Srvs/Centralized Bankruptcy,    PO Box 790040S,
                 Louis, MO 63129
516700089       Daimler Trust,    c/o BK Servicing, LLC,    PO Box 131265,    Roseville, MN 55113-0011
516677944       Englewood Radiologic,    3155 State Route 10,    Denville, NJ 07834-3492
516677946       Midland Funding LLC,    7 Entin Rd,    Parsippany, NJ 07054-5020
516677947       New Jersey Department of Revenue,    50 Barrack St,    Trenton, NJ 08608-2006
517103057      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: STATE OF NEW JERSEY,    DEPARTMENT OF THE TREASURY,
                 DIVISION OF TAXATION,    P.O. BOX 245,    TRENTON, NJ 08695-0245)
516677948       Synchrony Bank,    PO Box 914,    Paramus, NJ 07653-0914
516677949      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit,    PO Box 8026,    Cedar Rapids, IA 52408-8026)
517040866      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517231620      +U.S. Bank Trust National Association,    c/o BSI Financial Services,
                 1425 Greenway Drive, Ste 400,    Irving, TX 75038-2480
517231621      +U.S. Bank Trust National Association,    c/o BSI Financial Services,
                 1425 Greenway Drive, Ste 400,    Irving, TX 75038,    U.S. Bank Trust National Association,
                 c/o BSI Financial Services 75038-2480
516677950       US Bank,    200 Gibraltar Rd Ste 315,    Horsham, PA 19044-2325
517152360      +VALLEY NATIONAL BANK,    Craner Satkin Scheer Schwartz & Hanna PC,    320 Park Avenue, PO Box 367,
                 Scotch Plains, NJ 07076-0367
516677951       Vally Ntl Bk,    1445 Valley Rd,    Wayne, NJ 07470-8438
516677953      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701-4747)
516677952       Wells Fargo Bank,    MAC-F8235-02F,    PO Box 10438,    Des Moines, IA 50306-0438
517104465       Wells Fargo Bank, N.A.,    Home Equity Group,    1 Home Campus X2303-01A,
                 Des Moines IA 50328-0001
517022085       Wells Fargo Bank, N.A.,    Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,
                 1000 Blue Gentian Road,    Eagan MN 55121-7700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 28 2017 22:54:06    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 28 2017 22:54:03    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517064958       E-mail/Text: bnctest@becket-lee.com Dec 28 2017 22:52:57    American Express Bank, FSB,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516677941       E-mail/Text: bnctest@becket-lee.com Dec 28 2017 22:53:23    Amex,    Correspondence,
                 PO Box 981540,    El Paso, TX 79998-1540
516677945       E-mail/Text: M74banko@daimler.com Dec 28 2017 22:55:02    Mercedes-Benz Financial Services,
                 Mercedes-Benz Financial Services,    PO Box 5209,    Carol Stream, IL 60197-5209
                                                                                               TOTAL: 5
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-2              User: admin              Page 2 of 2              Date Rcvd: Dec 28, 2017
                                  Form ID: 137             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2017 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Barbara   Edwards    bedwardstrustee@aol.com, NJ48@ecfcbis.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, N.A. james.shay@phelanhallinan.com
          John Robert Caffese    on behalf of Debtor Sun Kyung Park ecf@jrcfirm.com, kevin@jrcfirm.com
          Matthew  Mugno    on behalf of Debtor Sun Kyung Park matt@jrcfirm.com, ecf@jrcfirm.com
          Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 9
```