| | |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>FEB -5 2018<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY_____DEPUTY |
| John R. Caffese, Esq.<br>Caffese Law Firm, L.L.C.<br>803 Main Street<br>Stroudsburg, PA 18360<br>570-730-4670<br>Fax : 570-504-8229<br>Email: matt@jrcfirm.com<br>Attorney for Debtor | |
| In Re: Sun Kyung Park<br><br>Debtor | Case No:   17-14087-RG<br><br>Chapter:    7<br><br><br>Judge:    Rosemary Gambardella |

## ORDER GRANTING ADMINISTRATIVE COMPENSATION

The relief set forth on the following page is hereby **ORDERED.**

_/s/ Rosemary Gambardella_
USBJ

2-5-18

The applicant having certified that legal work was performed on an hourly basis has been rendered, it is:

ORDERED that, John R. Caffese, Esq, the applicant, is allowed a fee of $5,482.05 for services rendered. The allowance shall be payable out of any Balance on Hand and assets received by the trustee, or direct by the debtor if not satisfied.