IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

John R. Caffese, Esq.
Caffese Law Firm, L.L.C.
803 Main Street
Stroudsburg, PA 18360
570-730-4670
Fax : 570-504-8229
Email: matt@jrcfirm.com
Attorney for Debtor

In Re: Sun Kyung Park

Debtor

**FILED**
JEANNE A. NAUGHTON, CLERK
FEB -5 2018
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Case No: 17-14087-RG

Chapter: 7

Judge: Rosemary Gambardella

## ORDER GRANTING ADMINISTRATIVE COMPENSATION

The relief set forth on the following page is hereby **ORDERED.**

2-5-18

/s/ Rosemary Gambardella
USBJ

The applicant having certified that legal work was performed on an hourly basis has been rendered, it is:

ORDERED that, John R. Caffese, Esq, the applicant, is allowed a fee of $5,482.05 for services rendered. The allowance shall be payable out of any Balance on Hand and assets received by the trustee, or direct by the debtor if not satisfied.

United States Bankruptcy Court
District of New Jersey

In re:  
Sun Kyung Park  
    Debtor

Case No. 17-14087-RG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Feb 06, 2018  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2018.  
db         Sun Kyung Park,   18 Lana Dr,   Parsippany, NJ  07054-3440

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2018 at the address(es) listed below:  
         Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
         Barbara Edwards    bedwardstrustee@aol.com,   NJ48@ecfcbis.com  
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Jae Y. Kim    on behalf of Debtor Sun Kyung Park jkim@jyklaw.com,  
          rmarelic@jyklaw.com;rmoon@jyklaw.com;jyklaw@yahoo.com;rchung@jyklaw.com  
         James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, N.A. james.shay@phelanhallinan.com  
         John Robert Caffese    on behalf of Attorney John   Caffese ecf@jrcfirm.com,   kevin@jrcfirm.com  
         Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         United States Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                               TOTAL: 9